[This decision has been published in *Ohio Official Reports* at 96 Ohio St.3d 45.]

THE STATE EX REL. HOWARD, APPELLANT, *v.* SEAWAY FOODTOWN, INC. ET AL.,
APPELLEES.

[Cite as *State ex rel. Howard v. Seaway Foodtown, Inc.*, 2002-Ohio-3318.]

*Workers' compensation—Court of appeals' judgment affirmed.*

(No. 2002-0013—Submitted April 9, 2002—Decided July 10, 2002.)

APPEAL from the Court of Appeals for Franklin County, No. 00AP-1097.

_____

{¶1} The judgment of the court of appeals is hereby affirmed.

Judgment affirmed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

_____

Gregory T. Howard, pro se.

Eastman & Smith, Ltd., Thomas A. Nixon and Heidi N. Eischen, for appellee Seaway Foodtown, Inc.

Betty D. Montgomery, Attorney General, and Thomas L. Reitz, Assistant Attorney General, for appellees Industrial Commission and Bureau of Workers' Compensation.

_____